| | | |
|---|---|---|
| Klein, Matter of, v Theus | 2d Dept: 143 AD3d 984 (Proceeding No. 1) | denied |
| Lisa W., Matter of, v John M. | 1st Dept: 142 AD3d 879 | denied* |
| People v Collette | 4th Dept: 142 AD3d 1300 | denied |
| People v Guardiola | 1st Dept: 143 AD3d 519 | denied* |
| People v Roman | 1st Dept: 143 AD3d 476 | denied* |
| Rhina M.M., Matter of, v Sandy M.M. | 1st Dept: 143 AD3d 426 | denied |
| Theus, Matter of, v Klein | 2d Dept: 143 AD3d 984 (Proceeding No. 2) | denied |

## Decided January 10, 2017

| | | |
|---|---|---|
| City of New York, Matter of, v 2305-07 Third Ave., LLC | 1st Dept: 142 AD3d 69; 2016 NY Slip Op 88844(U) | denied |
| Federico v Defoe Corp. | 2d Dept: 138 AD3d 682 | denied |
| Huffer, Matter of, v Nesconset Fire Dist. | 3d Dept: 143 AD3d 1039 | denied |
| OTR Media Group, Matter of, v Board of Stds. & Appeals of the City of N.Y. | 1st Dept: 141 AD3d 417 | denied |
| People v Brunson | 1st Dept: 143 AD3d 431 | denied* |
| People v Edney | 2d Dept: 143 AD3d 793 | denied |
| People v Harris | 1st Dept: 143 AD3d 518 | denied* |
| People v Lebron | 1st Dept: 143 AD3d 535 | denied* |
| People v Nesbit | 1st Dept: 143 AD3d 501 | denied* |
| People v Romero | 2d Dept: 143 AD3d 876 | denied |
| People v Solis | 1st Dept: 143 AD3d 585 | denied* |

## Decided January 12, 2017

| | | |
|---|---|---|
| Cavetti, Matter of, v Proud | 2d Dept: 139 AD3d 1054 | denied |
| Cohen v Affordable Inflatables & Party Rentals, Inc. | 2d Dept: 140 AD3d 731 (Action No. 5) | denied |
| Green v Affordable Inflatables & Entertainment, Inc. | 2d Dept: 140 AD3d 731 (Action No. 3) | denied |
| Hughes v Affordable Inflatables & Party Rentals, Inc. | 2d Dept: 140 AD3d 731 (Action No. 2) | denied |
| Marra v Affordable Inflatables & Party Rentals, Inc. | 2d Dept: 140 AD3d 731 (Action No. 4) | denied |
| McKay, Matter of, v Village of Endicott | 3d Dept: 139 AD3d 1327 | denied |

* Motion for poor person relief dismissed as academic or denied.